**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

ROSA MOTAMEDNIA

VS.

BRIAN ACUNA, ET AL.

CIVIL ACTION NO. 26-0648

SECTION P

JUDGE JAMES D. CAIN, JR.

MAG. JUDGE KAYLA D. MCCLUSKY

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Rosa Motamednia's petition for habeas corpus is **GRANTED**: Respondents, including the Warden of Richwood Correctional Center, shall (A) immediately release Petitioner from custody without bond, under reasonable conditions of supervision if necessary and (B) notify Petitioner's counsel of the exact location and time of her release no less than two hours before her release.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any possible or anticipated removal or transfer of Petitioner under this present detention

is **PROHIBITED**.[1]  Respondents shall, within **24 hours** after Petitioner's release, file a status report confirming her release.

      **IT IS FURTHER ORDERED** that Respondents' request to dismiss or stay this action is **DENIED**.

      **THUS DONE AND SIGNED** in chambers on this 21st day of May, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] In other words, it is the intent of the Court that Petitioner shall not be released only to be immediately taken back into custody.  The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.